**Harriet J. Humiston, appellee, v. Francis R. Dennis et al., on appeal of Steve P. Lalor, appellant. Gen. No. 24,971.**

Interlocutory appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court. Affirmed on opinion in Gen. No. 24,966, *ante*, p. 633. Opinion filed April 29, 1919.

Archibald Cattell, John B. King and Carl A. Waldron, for appellant. Shepard, McCormick, Kirkland, Patterson & Fleming and Tuesburg, Wilson & Armstrong, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Harriet J. Humiston (complainant), appellee, v. Francis R. Dennis et al. (defendants). Greenebaum Sons Bank & Trust Company (defendant), appellee, v. Steve P. Lalor (defendant), appellant. Gen. No. 24,972.**

Interlocutory appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court. Affirmed on opinion in Gen. No. 24,966, *ante*, p. 633. Opinion filed April 29, 1919.

Archibald Cattell, John B. King and Carl A. Waldron, for appellant. Shepard, McCormick, Kirkland, Patterson & Fleming and Tuesburg, Wilson & Armstrong, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Charles P. R. Macaulay, plaintiff in error, v. John K. Murphy, defendant in error. Gen. No. 24,060.**

Action for slander. Judgment of *nil capiat* and for costs against plaintiff. Error to the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed April 2 9, 1919. Rehearing denied May 10, 1919.

Charles P. R. Macaulay, *pro se.* Shepard, McCormick, Kirkland, Patterson & Fleming, for defendant in error; Weymouth Kirkland and Charles F. Rathbun, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**Edward A. Renwick et al., defendants in error, v. Nathan Ringer et al., plaintiffs in error. Gen. No. 24,143.**

Action for rent. Judgment for plaintiffs. Error to the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

Isadore S. Blumenthal, for plaintiffs in error. Frederick A. Brown, for defendants in error.

Mr. Justice Matchett delivered the opinion of the court.